**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-1728**

_____

CHARLES DAVIS BURRELL,

                            Plaintiff - Appellant,

    versus

JAMES RIVER BUS LINES, INCORPORATED,

                            Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  James R. Spencer, District Judge.  (CA-01-652-3)

_____

Submitted:  June 9, 2003          Decided:  June 20, 2003

_____

Before LUTTIG, WILLIAMS, and MICHAEL, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Charles Davis Burrell, Appellant Pro Se.  Charles Michael Sims, LECLAIR RYAN, P.C., Richmond, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Charles Davis Burrell appeals the district court's order granting summary judgment to Defendant. We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  <u>See</u> <u>Burrell v. James River Bus Lines, Inc.</u>, No. CA-01-652-3 (E.D. Va. May 29, 2002). Burrell's motion to amend is denied.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2